IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1019 |
| ) | |
| NIKE, INC., a/k/a NIKE USA, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT NIKE, INC. A/K/A NIKE, USA, INC.

THE CLERK OF THIS HONORABLE COURT will please note the entry of appearance of **David D. Hudgins, Esquire,** and the **HUDGINS LAW FIRM, P.C.,** as counsel for Defendant Nike, Inc., a/k/a Nike USA, Inc.

Respectfully submitted,

NIKE, INC., a/k/a NIKE USA, INC.

By: _____
       Counsel

David D. Hudgins, Esquire (Fed. Bar # 362451)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia  22314
(703) 739-3300
(703) 739-3700 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Prabir Chakrabarty, Esquire
Robert M. Schwartzman, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

By: _____
     Counsel