## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARNOLD B. WEISS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-cv-1019** |
| | ) | |
| **NIKE, INC., a/k/a NIKE USA, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ANSWER OF DEFENDANT NIKE, INC. A/K/A NIKE, USA, INC. TO COMPLAINT

Defendant Nike, Inc., a/k/a Nike USA, Inc. ("Nike") hereby answers the Complaint ("Complaint") filed by Plaintiffs Arnold B. Weiss and Silvia Weiss ("Plaintiffs"), and states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' claims may be barred by contributory and/or comparative negligence.

### THIRD DEFENSE

Plaintiffs' claims may be barred by the doctrine of assumption of the risk.

### FOURTH DEFENSE

Plaintiffs' damages, if any, were not proximately caused by the actions and/or inactions of Nike.

### FIFTH DEFENSE

Nike did not breach any duty or warranty.

## SIXTH DEFENSE

Plaintiffs did not rely upon any express or implied warranties.

## SEVENTH DEFENSE

The incident and Plaintiffs' alleged injuries may have been the result of acts or omissions of others for whom Nike is not responsible, and/or a cause or causes over which Nike had no control and for which it is not responsible in law to Plaintiffs.

## EIGHTH DEFENSE

Plaintiffs' alleged injuries may have been the result of an abuse or misuse of the product.

## NINTH DEFENSE

Any warranty may have been expressly disclaimed by Nike.

## TENTH DEFENSE

The actions of Nike were in conformity with the state of the act at all relevant times.

## ELEVENTH DEFENSE

Plaintiffs may have failed to comply with any instructions, directions and/or brochures accompanying the product, and such failure by Plaintiffs may have been the sole and proximate cause of his alleged injuries.

## TWELFTH DEFENSE

Plaintiffs' incident and injuries may have been the result of an unavoidable accident.

## THIRTEENTH DEFENSE

Any danger associated with use of the product was open and obvious.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred if the product was materially altered or tampered with since its manufacture.

## FIFTEENTH DEFENSE

Plaintiffs' claims are barred because Plaintiff Arnold Weiss was a knowledgeable user of the product who was aware of the alleged hazards of the product.

## SIXTEENTH DEFENSE

The acts and omissions of third parties may have been intervening and superseding causes of Plaintiffs' alleged damages.

## SEVENTEENTH DEFENSE

Plaintiffs may have failed to provide reasonable notice under the Uniform Commercial Code.

## EIGHTEENTH DEFENSE

Plaintiffs' causes of action may be barred by the applicable statutes of limitation and repose.

## NINETEENTH DEFENSE

All allegations contained in the Complaint not specifically admitted are denied.

## TWENTIETH DEFENSE

Nike reserves the right to assert additional defenses as discovery in this matter proceeds.

## TWENTY-FIRST DEFENSE

Answering specifically the numbered paragraphs set forth in the Complaint, Nike states as follows:

1.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 1.

2.    Nike admits the allegations of paragraph 2.

3.      Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 3.

4.      Paragraph 4 requires no response.  To the extent that any response is required, Nike is without knowledge as to the domicile of Plaintiff, and therefore whether or not this Court has jurisdiction under 28 U.S.C. § 1332.

5.      Nike denies the allegations contained in paragraph 5.

6.      Nike denies the allegations contained in paragraph 6.

7.      Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 7.

8.      Nike denies the allegations contained in paragraph 8 as phrased.  For its further response, Nike states that it manufactures and markets athletic shoes, and Nike admits that it manufactured and marketed an athletic shoe named Nike Air Jordan Jumpman Trifecta. Nike admits the second sentence of paragraph 8.

9.      Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 9.

10.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 10.

11.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 11.

12.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 12.

13.     Nike denies the allegations contained in paragraph 13.

14.     Nike denies the allegations contained in paragraph 14.

15.     Nike denies the allegations contained in paragraph 15.

16.     Nike denies the allegations contained in paragraph 16

17.     Nike denies the allegations contained in paragraph 17.

COUNT I

18.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-17 of the Complaint.

19.     Nike denies the allegations contained in paragraph 19.

20.     Nike denies the allegations contained in paragraph 20.

21.     Nike denies the allegations contained in paragraph 21.

COUNT II

22.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-21 of the Complaint.

23.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 23.

24      Nike denies the allegations of paragraph 24.

25.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 25.

26.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 26.

27.     Nike denies the allegations contained in paragraph 27.

COUNT III

28.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-27 of the Complaint.

29.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 29.

30    Nike denies the allegations of paragraph 30.

31.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 31.

32.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 32.

33.    Nike denies the allegations contained in paragraph 33.

COUNT IV

34.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-33 of the Complaint.

35.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 35.

36    Nike denies the allegations contained in paragraph 36.

37.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 37.

38.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 38.

39.    Nike denies the allegations contained in paragraph 39.

COUNT V

40.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-39 of the Complaint.

41.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 41.

42    Paragraph 42 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 42 as phrased.

43.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 43.

44.    Nike denies the allegations contained in paragraph 44.

45.    Nike denies the allegations contained in paragraph 45.

46.    Nike denies the allegations contained in paragraph 46.

COUNT VI

47.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-46 of the Complaint.

48.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 48.

49    Paragraph 49 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 49 as phrased.

50.    Nike denies the allegations contained in paragraph 50.

51.    Nike denies the allegations contained in paragraph 51.

52.    Nike denies the allegations contained in paragraph 52.

<u>COUNT VII</u>

53.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-52 of the Complaint.

54.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 54.

55    Paragraph 55 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 55 as phrased.

56.    Nike denies the allegations contained in paragraph 56.

57.    Nike denies the allegations contained in paragraph 57.

58.    Nike denies the allegations contained in paragraph 58.

<u>COUNT VIII</u>

59.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-58 of the Complaint.

60.    Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 60.

61    Nike denies the allegations contained n paragraph 61 as phrased.

62.    Nike denies the allegations contained in paragraph 56 as phrased

63.    Nike denies the allegations contained in paragraph 63.

64.    Nike denies the allegations contained in paragraph 64.

65.    Nike denies the allegations contained in paragraph 65.

<u>COUNT IX</u>

66.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-65 of the Complaint.

67.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 67.

68      Nike denies the allegations contained n paragraph 68 as phrased.

69.     Nike denies the allegations contained in paragraph 69.

70.     Nike denies the allegations contained in paragraph 70.

71.     Nike denies the allegations contained in paragraph 71.

72.     Nike denies the allegations contained in paragraph 72.

73.     Nike denies the allegations contained in paragraph 73.

COUNT X

74.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-73 of the Complaint.

75.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in paragraph 75.

76      Nike denies the allegations contained n paragraph 76 as phrased.

77.     Nike denies the allegations contained in paragraph 77.

78.     Nike denies the allegations contained in paragraph 78.

79.     Nike denies the allegations contained in paragraph 79.

80.     Nike denies the allegations contained in paragraph 80.

81.     Nike denies the allegations contained in paragraph 81.

COUNT XI

82.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-81 of the Complaint.

83.     Paragraph 83 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 83 as phrased.

84.     Paragraph 84 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 84 as phrased.

85     Nike denies the allegations contained n paragraph 85.

86.     Paragraph 86 states a legal conclusion for which no response is required.  To the extent that any response is required, Nike denies the allegations of paragraph 86 as phrased.

87.     Nike denies the allegations contained in paragraph 87.

88.     Nike denies the allegations contained in paragraph 88.

## COUNT XII

89.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-88 of the Complaint.

90.     Nike is without sufficient knowledge and information to admit or deny the allegations contained in the first sentence of paragraph 90.  Nike denies the allegations contained in the second sentence of Paragraph 90.

## COUNT XIII

91.     Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-90 of the Complaint.

92-96. Count XIII is directed to defendant Eastbay, Inc., and no response from Nike is required.  To the extent that any response from Nike is required, Nike denies the allegations of paragraphs 92 through 96.

## COUNT XIV

97.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-96 of the Complaint.

98-103. Count XIV is directed to defendant Eastbay, Inc., and no response from Nike is required. To the extent that any response from Nike is required, Nike denies the allegations of paragraphs 98 through 103.

## COUNT XV

104.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-103 of the Complaint.

105-111. Count XV is directed to defendant Eastbay, Inc., and no response from Nike is required. To the extent that any response from Nike is required, Nike denies the allegations of paragraphs 105 through 111.

## COUNT XVI

112.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-111 of the Complaint.

113-119. Count XVI is directed to defendant Eastbay, Inc., and no response from Nike is required. To the extent that any response from Nike is required, Nike denies the allegations of paragraphs 113 through 119.

## COUNT XVII

120.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-119 of the Complaint.

121-126. Count XVII is directed to defendant Eastbay, Inc., and no response from Nike is required. To the extent that any response from Nike is required, Nike denies the allegations of paragraphs 121 through 126.

### COUNT XVIII

127.    Nike incorporates by reference all of its affirmative defenses and responses to paragraphs 1-126 of the Complaint.

128. Count XVIII is directed to defendant Eastbay, Inc., and no response from Nike is required. To the extent that any response from Nike is required, Nike denies the allegations of paragraph 128.

WHEREFORE, Defendant Nike, Inc., a/k/a Nike USA, Inc., respectfully requests that Plaintiffs' claims be dismissed with prejudice and that Defendant be awarded its costs and attorneys' fees expended in defense of this matter.

Respectfully submitted,

NIKE, INC., a/k/a NIKE USA, INC.

By: _____
      Counsel

David D. Hudgins, Esquire (Fed. Bar # 362451)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3, 2007, I electronically filed the foregoing Answer

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following:

Prabir Chakrabarty, Esquire
Robert M. Schwartzman, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

By: _____
      Counsel