## AFFIDAVIT OF SERVICE

CASE FOR *15 Dist. Court* COUNTY
STATE OF: *District of Columbia*
CASE No.: *1:07-CV-01019* .

Entity requesting service:
*The Carter Corporation* )
*601 Pennsylvania Ave.* )
( *Suite 900* )
*Washington, D.C. 20004* )

( *Arnold B. Weiss* )
(_____)
(_____)
~~Petitioner~~    or    Plaintiff's:

Vs.

( *Eastbay, Inc.* )
(_____)
(_____)
~~Respondent~~    or    Defendant's:

The undersigned, being first duly sworn upon his oath, affirms and deposes that he / she is now and at all times herein mentioned was a citizen of the United States and a resident of the State of Wisconsin over the age of eighteen years and not a party to or interested in this action.

That on the *17* day of *August* , 2007, at *3:00* *P* M. at the address of *111 South First Avenue, Wausau, WI 54401* within *Marathon* County, Wisconsin, this affiant duly served a (an) *Summons and Complaint in A Civil Case* in the above entitled action upon *Eastbay, Inc.* ~~respondent~~ / defendant therein named, by:

_____ then and there personally delivering a true and correct copy thereof into the hands of and leaving the same with said _____

_____ leaving a copy with _____ , a general partner of defendant partnership.

_____ personally delivering a true and correct copy thereof for said defendant at (his), (her) usual place of abode by delivering into the hands of and leaving with _____, (relationship:_____ ), a member of defendant's family and a person suitable age and discretion whom I informed of it's contents.

**X** leaving a copy with *Dowe Tillema* , ( Title: *C F O* ), the person apparently in charge at the office of *Dowe Tillema* , an officer, director or agent of defendant corporation / company / legal entity.

_____ Other, (describe): _____

Affiant further states that he / she is informed and believes and therefore alleges, that the said respondent / defendant(s) is / are not in the military service ot the United States.

Affiant *Ellsworth Borchardt*
Title: *Private Det. WI P.I. Lic #7360*

SUBSCRIBED AND SWORN TO BEFORE ME THIS *18* DAY OF *August* , 20 *07* .
*Georgianna Thompson* Notary Public for the State of Wisconsin.
My commission expires *May 31* , 20 *10* .

### SERVICE FEES:
( PLEASE PAY FROM THIS STATEMENT OF CHARGES )
( SEE REVERSE SIDE FOR ANY EXPLANATION OF SERVICE ATTEMPTS OR MILEAGE )

Service: (_____) effort(s) in county.  (_____) hours out of county: $ _____
Mileage: (_____) miles, @ (_____)/ mile: ------------------ $ _____
Extraordinary efforts to locate: (_____) hours. ------------------ $ _____
Other charges: (_____) $ _____
Immediate service request charge: ------------------------------------- $ _____
TOTAL CHARGES: $ _____    THANK YOU!

Make checks payable to
**Ellsworth C. Borchardt AAA PROCESS SERVICE**
**3408 Thunderbird Ln. , Wausau, WI 54401  ( 715 ) 842-4120**

## DELIVERY RECORD

NAME: _Eastbay Inc._

ADDRESS: _111 South First Ave., Wausau WIS 54401_

TELEPHONE NUMBER: (_____) _____-_____

DIRECTIONS:

_____

_____

_____

ACCEPTED BY: _[signature]_  _CFO_  . _8_/_17_, 20 _07_

         Signature            Title           Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Description of person accepting delivery: Sex: _m_ .    Race: _W_ .

Apparent age: _40-55_ .    Weight: _190-225_   Height: _6'1-2"_ .

Hair color: _Brwn_ .    Length: _Reg_ .   Eye color: _Blue_ .

Glasses? Ⓨ / N: ( ).    Beard? Y / Ⓝ ( ).    Moustache? Ⓨ / N: ( ).

Other identifying information: _____

Person was identified by: Own Admission: _X_ . Other identification: _____ .

Type of I.D.: _____ . Number on I.D.: _____ .

Explanation of delivery attempts and / or mileage:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ARNOLD B. WEISS and
SILVIA LATTOVA

**SUMMONS IN A CIVIL CASE**

V.

EASTBAY, INC.
a/k/a EASTBAY, THE ATHLETIC
SPORTSSOURCE

CAS    Case: 1:07-cv-01019
Assigned To : Leon, Richard J.
Assign. Date : 6/6/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

EASTBAY, INC.
111 South First Avenue
Wausau, Wisconsin 54401
SERVE ON: Superintendent of Corporations
                941 N. Capital Street, N.E.
                Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Prabir Chakrabarty, Fed. Bar # 25524
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
(410) 539-6087

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JUN - 6 2007

CLERK                                         DATE

_Marcus J. Higgins_
(By) DEPUTY CLERK