IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al.  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>NIKE, INC., a/k/a NIKE USA, INC.,  )<br>    et al.,  )<br>  )<br>    Defendants.  ) | Case No. 1:07-cv-1019 |

## NOTICE OF APPEARANCE ON BEHALF OF
## DEFENDANT EASTBAY, INC.

THE CLERK OF THIS HONORABLE COURT will please note the entry of appearance of **David D. Hudgins, Esquire,** and the **HUDGINS LAW FIRM, P.C.,** as counsel for Defendant Eastbay, Inc.

Respectfully submitted,

EASTBAY, INC.

By: _____
       Counsel

David D. Hudgins, Esquire (Fed. Bar # 362451)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (facsimile)

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Prabir Chakrabarty, Esquire
Robert M. Schwartzman, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

By: _____
        Counsel