IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1019 |
| ) | |
| NIKE, INC., a/k/a NIKE USA, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### CERTICIATE OF CORPORATE DISCLOSURE AND AFFILIATION
### ON BEHALF OF DEFENDANT EASTBAY, INC.

This Certificate is required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel for Defendant Eastbay, Inc., certify that to the best of my knowledge and belief, Eastbay, Inc. is a wholly owned second tier subsidiary of Foot Locker, Inc., which has outstanding securities in the hands of the public.

These representations are made in order that the Judges of this Court may determine the need for recusal.

By: _____
              Counsel

David D. Hudgins, Esquire (Fed. Bar # 362451)
HUDGINS LAW FIRM
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2007, I electronically filed the foregoing Certificate with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Prabir Chakrabarty, Esquire
Robert M. Schwartzman, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

By: _____
Counsel