IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLD B. WEISS, et al. | * | |
|     Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. 1:07-cv-1019 |
| NIKE, INC., a/k/a NIKE USA, INC. et al. OF AMERICA | * | Judge Richard Leon |
| | * | |
|     Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION TO MODIFY MINUTE SCHEDULING ORDER**

Plaintiffs, Arnold Weiss and Silvia Lattova, and Defendants, Nike, Inc., a/k/a Nike USA Inc. ("Nike") and Eastbay Inc. ("Eastbay"), by and through undersigned counsel, hereby files this Joint Motion to Modify Scheduling Order pursuant to Federal Rule of Civil Procedure 16 for good cause. In support thereof, the parties state as follows:

1. On February 7, 2008, the Honorable Richard Leon entered a Minute Scheduling Order in the above-referenced matter.

2. The parties have proceeded with written discovery, including Interrogatories and Request for Production of Documents. The parties have been working diligently to continue discovery.

3. Unfortunately, delays in obtaining documents and confidentiality orders between the clients have resulted in the parties being unable to complete the requirements given the current deadlines.

4.  Wherefore, the parties jointly request a brief extension of the current deadlines for expert disclosures in order to fully determine these issues. Therefore the parties jointly request an extension of certain deadline dates in the Minute Scheduling Order, but will work to still complete all discovery prior to the present discovery and expert deposition deadlines. The parties propose the following;

| Current Date | Proposed Date | |
|---|---|---|
| 3/3/2008 | 3/21/08 | Plaintiff's expert disclosures |
| 4/15/08 | 5/2/2008 | Defendant's expert disclosures |
| 4/30/08 | 5/16/08 | Plaintiff's Rebuttal expert disclosures |
| 6/2/08 | unchanged | Factual Discovery Deadline |
| 6/16/08 | unchanged | Expert Deposition Deadline |

4.  Counsel for Plaintiff and Defendant have discussed this matter and agree that the best manner in which to proceed is a brief delay in the scheduling order. Counsel will continue to work together to the best of their ability to insure that no further delay is created in this matter.

5.  No trial date has been set. Neither party will be prejudiced. In fact, both parties will have the opportunity to properly prepare this case for trial.

WHEREFORE, Plaintiffs and Defendants, by and through their counsel, respectfully request that this Court revise the scheduling order as requested above.

Respectfully submitted,


_____/s/_____
Prabir Chakrabarty, Esq.25524
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200

Baltimore, Maryland 21202
**Attorneys for Plaintiff**


_____/s/_____
David D. Hudgins, Esq.
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
**Attorneys for Defendant**

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARNOLD B. WEISS, et al.** | * | |
|     **Plaintiffs** | * | |
| v. | * | CIVIL ACTION NO. 1:07-cv-1019 |
| **NIKE, INC., a/k/a NIKE USA, INC. et al.** **OF AMERICA** | * | Judge Richard Leon |
| | * | |
|     **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Joint Motion to Modify Minute Scheduling Order filed by Plaintiffs and Defendants, IT IS, this _____ day of _____ , 2008, by the U.S. District Court for the District of Columbia,

ORDERED that Plaintiffs' and Defendants' motion BE, and the same IS, GRANTED; and that the scheduling order be modified as follows:

| Current Date | Proposed Date | |
|---|---|---|
| 3/3/2008 | 3/21/08 | Plaintiff's expert disclosures |
| 4/15/08 | 5/2/2008 | Defendant's expert disclosures |
| 4/30/08 | 5/16/08 | Plaintiff's Rebuttal expert disclosures |
| 6/2/08 | unchanged | Factual Discovery Deadline |
| 6/16/08 | unchanged | Expert Deposition Deadline |

 

_____
The Honorable Richard Leon

cc:    Prabir Chakrabarty
       David Hudgins