## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARNOLD B. WEISS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:07-cv-1019 (RJL)** |
| | ) | |
| **NIKE, INC., a/k/a NIKE USA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CONSENT MOTION FOR ADMISSION *PRO HAC VICE*

I, David D. Hudgins, am a member in good standing of the bar of this Court. My District of Columbia bar number is 362451. I am moving for the admission of Robert E. Draim to appear *pro hac vice* in this case as counsel for Defendants Nike, Inc. and Eastbay, Inc.

We certify that:

1.       The proposed admittee, Robert E. Draim, is an attorney who engages in the practice of law from the Virginia office of Hudgins Law Firm, P.C. Mr. Draim's office address is 515 King Street, Suite 400, Alexandria, Virginia 22314, and the telephone number is (703) 739-3300.

2.       The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of Virginia | May 17, 1979 |
| U.S. Court of Appeals for the 4th Circuit | November 5, 1982 |
| U.S. District Court for the Eastern District of Virginia | January 23, 1981 |
| U.S. District Court for the Western District of Virginia | August 18, 1997 |
| Maryland Court of Appeals | December 16, 2005 |

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.    During the two years immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

5.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7.    The undersigned movant, David D. Hudgins, is also a member of the bar of this Court in good standing, and David D. Hudgins will serve as lead and co-counsel in these proceedings.

8.    **The fee for admission *pro hac vice*, if any, has been mailed to the Clerk.** (NOTE: Make check payable to: Clerk, United States District Court.)


Respectfully submitted,

MOVANT                                              PROPOSED ADMITTEE

 /s/ David D. Hudgins                                 /s/ Robert E. Draim
Signature                                           Signature

David D. Hudgins                                    Robert E. Draim
Printed Name                                        Printed Name

Hudgins Law Firm, P.C.
Firm

515 King Street, Ste.400
Alexandria, VA 22314
Address

(703) 739-3300
Telephone Number

(703) 739-3700
Fax Number

Hudgins Law Firm, P.C.
Firm

515 King Street, Ste. 400
Alexandria, VA 22314
Address

(703) 739-3300
Telephone Number

(703) 739-3700
Fax Number

----------------------------------------------------------------------

## ORDER

GRANTED                    DENIED

_____          _____
Date                                      United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April 2008, a true copy of the foregoing was sent via e-mail and first class mail, postage prepaid to:

Prabir Chakrabarty, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
pc@rs-atty.com

_____/s/ David D. Hudgins_____
Counsel