UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARNOLD B. WEISS, et. al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Case No. 07cv1019 |
| ) | |
| **NIKE, INC., et. al.** ) | |
| ) | |
| **Defendants.** ) | |

-----------------------------------------------------------------

### CONSENT AMENDED MOTION FOR ADMISSION PRO HAC VICE

　　COMES NOW, Prabir Chakrabarty, a member in good standing of the Bar of the United States District Court for the District of Columbia, duly admitted to practice law in the Courts of the District of Columbia and this Court, moves pursuant to LCvR 83.2 for admission *Pro Hac Vice* of Robert Marc Schwartzman in the above-styled case for all purposes in the within action as if he were a duly qualified member in good standing for the Bar of the District of Columbia and of this Court. My D.C. Federal bar number is 25524.

1. The proposed admitted, Robert M. Schwartzman, is of high moral character and a member in good standing of the Bars of the State of Maryland and the United States District Court for the District of Maryland, 4th Circuit Court of Appeals and the Supreme Court. Mr. Schwartzman practices with the firm of Resnick & Schwartzman, L.L.C. on One East Franklin Street, Suite 200, Baltimore, MD 21202, which has been retained to represent the Plaintiffs, Arnold B. Weiss and

       Silvia Lattova, in the above-captioned matter.

2. The proposed admitted has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

3. During the two years immediately preceding this motion, the proposed admitted has been admitted pro hac vice in this Court zero (0) times.

4. Local counsel, Prabir Chakrabarty has previously acted as a sole counsel in the Superior Court of the District of Columbia and Maryland State trial Courts of general jurisdiction in contested jury and bench trials in which testimony was taken in open court and an appealable judgment was entered.

5. The proposed admittee is familiar with the Code of Professional Responsibility, The Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this court.

6. The proposed admitted understands admission *pro hac vice* is for this case only and does not constitute formal admission to bar of this court.

7. It is our understanding that no fee is required by this honorable Court.

8. Defendants have consented to this Motion.

I DECLARE under the penalties of perjury that the foregoing is true and correct. Executed on April 21, 2008.

I CERTIFY that the original signed document is in the possession of the attorney movant and is available for review upon request by a party or the Court.

WHEREFORE, Prabir Chakrabarty respectfully moves this Court for an Order admitting Mr. Robert M. Schwartzman *Pro Hac Vice* as attorney for the Plaintiffs, Arnold B. Weiss and Silvia Latova.

    Respectfully submitted,

    MOVANT

    RESNICK & SCHWARTZMAN, L.L.C.

    By: __/s/ Prabir Chakrabarty_____
    Prabir Chakrabarty (D.C. Bar No. 478022, Federal Bar No. 25524)
    One East Franklin Street
    Baltimore, Maryland 21202
    (410) 539-6087
    (410) 576-0818 (fax)

    Counsel for Plaintiff

    Respectfully submitted,

    PROPOSED ADMITTEE

    RESNICK & SCHWARTZMAN, L.L.C.

    By: __/s/ Robert M. Scwartzman_____
    Robert M. Schwartzman
    One East Franklin Street
    Baltimore, Maryland 21202
    (410) 539-6087
    (410) 576-0818 (fax)

**Certificate of Service**

     I HEREBY CERTIFY that on this 21st day of April, 2008, a true copy of the foregoing CONSENT AMENDED MOTION FOR PRO HAC VICE was sent via e-mail and first class mail, postage pre-paid to:

David Hudgins
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

                               RESNICK & SCHWARTZMAN, L.L.C.


                               By:__/s/ Prabir Chakrabarty_____
                               Prabir Chakrabarty (D.C. Bar No. 478022,
                               Federal Bar No. 25524)
                               One East Franklin Street
                               Baltimore, Maryland  21202
                               (410) 539-6087
                               (410) 576-0818 (fax)

                               Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARNOLD B. WEISS, et. al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Civil Case No. 07cv1019 |
| | ) | |
| **NIKE, INC., et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

-----------------------------------------------------------------

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, and on Motion duly made before this Court pursuant to LCvR 83.2, it is hereby

**ORDERED** that Robert M. Schwartzman, who is a member in good standing of the Bar of the State of Maryland, be, and hereby is, admitted *Pro Hac Vice* as attorney for Plaintiffs, Arnold B. Weiss, et al, for all purposes in the within action as fully as if he were a duly qualified member in good standing of the Bar of thisCourt, such admission to continue through the termination of the above-styled action.

SO ORDERED, this _____ day of _____, 2008.

_____, 2008                    _____
Washington, DC                                UNITED STATES DISTRICT COURT JUDGE