IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1019 (RJL) |
| ) | |
| NIKE, INC., a/k/a NIKE USA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Defendants, Nike, Inc., a/k/a Nike Usa Inc. ("Nike") and Eastbay Inc. ("Eastbay") and Plaintiffs Arnold Weiss ("Weiss") and Silvia Lattova ("Lattova"), by and through undersigned counsel, hereby file this Joint Motion to Modify Scheduling Order pursuant to Federal Rule of Civil Procedure 16 for good cause. In support thereof, the parties state as follows:

1. The parties submitted an agreed discovery plan, which was entered by this Court on February 7, 2008 as the Scheduling Order. The Scheduling Order was previously modified to extend certain deadlines concerning expert disclosures by Order dated March 5, 2008, but the final deadlines for factual and expert discovery were not modified by the March 5 Order.

2. The parties have exchanged extensive written discovery in this matter, and the deposition of plaintiff Weiss has been conducted. The deposition of plaintiff Lattova was noticed for April 24, 2008, but she was sick on the date of her deposition. The parties have agreed to re-schedule Ms. Lattova's deposition as soon as practicable.

3. Counsel have diligently tried to schedule the depositions of the corporate representatives for both defendant Nike, Inc. and Eastbay, Inc. in accordance with the

1

agreed discovery plan and Scheduling Order. However, Nike's expected corporate representative is currently in Asia working for Nike and will not be available until the end of June, after the current fact discovery deadline.

4. Consequently, the parties seek to extend the fact discovery deadline and the expert deposition deadline by approximately six weeks, with deadlines as follows:

| Current Date | Proposed Date | |
|---|---|---|
| 6/2/08 | 7/15/08 | Factual Discovery Deadline |
| 6/16/08 | 7/30/08 | Expert Deposition Deadline |

5. All parties join in and consent to this motion. The parties will continue to work cooperatively to complete discovery in this case.

6. Additionally, a Status Conference is currently set for June 30, 2008, which the parties suggest be postponed to a later date available to the Court.

7. No trial date has been set, and there will be no prejudice to any parties by the extension of these discovery deadlines.

WHEREFORE, defendants Nike, Inc. and Eastbay, Inc., and plaintiffs Arnold Weiss and Silvia Lattova, respectfully request that the Order of February 7, 2008 setting the schedule for the factual discovery and expert deposition deadlines be amended.

Respectfully Submitted,

/s/ David D. Hudgins
David D. Hudgins (D.C. Bar # 362451)
Robert E. Draim (admitted *pro hac vice*)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
Tel: (703) 739-3300
Fax: (703) 739-3700
*Counsel for Defendants Nike, Inc. and Eastbay, Inc.*

/s/ Prabir Chakrabarty
Prabir Chakrabarty, Esq. (Fed. Bar #25524)
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
*Counsel for Plaintiffs Weiss and Lattova*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of May 2008, a true copy of the foregoing was sent via e-mail to:

Prabir Chakrabarty, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
pc@rs-atty.com

/s/ David D. Hudgins
Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLD B. WEISS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-1019 (RJL) |
| | ) | |
| NIKE, INC., a/k/a NIKE USA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

UPON CONSIDERATION of the Joint Motion to Modify the Scheduling Order, the record herein, and the lack of any opposition; it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Order of February 7, 2008 setting the fact discovery and expert deposition deadlines be and hereby is amended as follows:

| | |
|---|---|
| 7/15/08 | Factual Discovery Deadline |
| 7/30/08 | Expert Deposition Deadline |
| _____ | Status Conference |

SO ORDERED.

                                                                                                Honorable Richard J. Leon,
                                                                                                 United States District Judge

cc:

David D. Hudgins (D.C. Bar # 362451)
Robert E. Draim (admitted *pro hac vice*)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

Prabir Chakrabarty, Esq. (Fed. Bar #25524)
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202