IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al | * |
| Plaintiffs | * |
| v. | |
| | *   Case No. 1:07-cv-1019 |
| NIKE, INC., a/k/a NIKE USA, INC., et al | * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION TO STRIKE REPLY TO OPPOSITION TO DEFENDANTS' MOTION TO COMPEL INSPECTION OF TANGIBLE OBJECT**

COME NOW the Plaintiffs, Arnold Weiss and Silvia Lattova, by and through their undersigned counsel, and hereby file this Motion to Strike Reply to Opposition to Defendant's Motion to Compel Inspection of Tangible Object pursuant to FRCP Rule 12(f) and United States District Court for the District of Columbia LCvR 7, and in support thereof, state as follows:

1. On May 20, 2008 the Defendants Nike Inc. a/k/a Nike USA, Inc. filed a Motion to Compel Inspection of Tangible Object.

2. On May 30, 2008, Plaintiffs filed an opposition, pursuant to United States District Court for the District of Columbia LCvR 7(b), which states that, "within 11 days of the date of service, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."

3. United States District Court for the District of Columbia LCvR 7(c) states that, "within five days after service of the memorandum in opposition the moving party may serve and file a reply memorandum."

4. Defendants filed a reply to opposition of motion on June 11, 2008, their reply was in fact due by June 4, 2008. Thus, it was late by over a week.

5. Defendants have failed to comply with LCvR7(c) by filing their Motion to Compel after the prescribed period.

6. Pursuant to FRCP Rule 12(f), Plaintiffs would request that this Honorable Court strike the Reply Memorandum as having been filed untimely.

NOW, WHEREFORE, due to Defendants having failed to timely file their Reply to Opposition to Motion to Compel Inspection of Tangible Object, the Plaintiffs respectfully request that this Honorable Court strike the Defendant's Reply to Opposition to Motion to Compel Inspection of Tangible Object.

Respectfully submitted,
RESNICK & SCHWARTZMAN, L.L.C.


___/s/_ Prabir Chakrabarty___
Robert M. Schwartzman
Prabir Chakrabarty(D.C. Bar # 478022)
One East Franklin Street
Baltimore, Maryland  21202
(410) 539-60887
Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of June 2008, a true copy of the foregoing Opposition to Motion to Compel Inspection of Tangible Object and accompanying

memorandum, was filed using the CM/ECF system which will send notification and a copy of such filing to the following:

David Hudgins, Esquire
Debra Stafford, Esquire
Robert E. Draim Esquire
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ARNOLD B. WEISS, et al          *

       Plaintiffs          *

v.

                                *   Case No. 1:07-cv-1019

NIKE, INC., a/k/a NIKE USA, INC., et al   *

       Defendants          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

UPON CONSIDERATION of Plaintiffs' Motion to Strike Defendant's Reply to Opposition to Motion for Inspection of Tangible Objects, it is, this _____ day of June, 2008,

ORDERED, that the Defendants' Reply to Opposition to Motion to Compel Inspection is Stricken as untimely;

SO ORDERED.

                                              _____
                                              HONORABLE RICHARD J. LEON
                                              United States District Judge