IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:07-cv-1019 (RJL) |
| | ) |
| NIKE, INC., a/k/a NIKE USA, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS NIKE, INC. AND EASTBAY, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE REPLY

Defendants Nike, Inc. ("Nike") and Eastbay, Inc. ("Eastbay"), by counsel, hereby file their Opposition to Plaintiffs' Motion to Strike Nike and Eastbay's Reply Memorandum in Support of Motion to Compel Inspection of Tangible Object, and in support hereof state as follows:

1. On Friday, May 30, 2008 at 6:23 PM, Plaintiffs filed an Opposition to Nike and Eastbay's Motion to Compel Inspection of the Nike shoes that are the subject of this case. Plaintiffs filed the Opposition in CM/ECF, but failed to send the motion by mail to Robert E. Draim, who has been admitted *pro hac vice* on behalf of defendants.

2. By way of further explanation, the electronic Notice of Filing the Opposition apparently made it to the e-mail box of Hudgins Law Firm, but there was apparently a computer glitch when it was forwarded to the attorneys responsible for the motion. As a result, the attorneys handling the motion were unaware that plaintiffs had filed any opposition. The law firm's computer technology consultant has not yet determined why or how that glitch occurred.

3. Upon checking PACER on Monday, June 9, 2008 (at approximately 5:30 PM, since the system was down when it was checked earlier), it was found that an Opposition was filed by Plaintiffs, and Nike and Eastbay filed their Reply on the next day.

4. To the extent that there was any delay in filing the Reply, it should be considered excusable neglect, and the time for filing the Reply should be extended for good cause pursuant to Fed. R. Civ. P. 6(b).

5. It must also be noted that Plaintiffs' Motion provides an incorrect statement of the Rules. Pursuant to Local Rule 7(d), a Reply is due within 5 days. However, pursuant to Fed. R. Civ. P. 6(a)(2), in calculating any time frame that is less than 11 days, intervening weekends and holidays are not counted. Moreover, when service is made by electronic means according to Fed. R. Civ. P. 5(b)(2)(E), three more days are added to the time period pursuant to Fed. R. Civ. P. 6(d). The Reply was not due by June 4, 2008 as Plaintiffs erroneously contend. The Reply (depending upon how the extra three days are calculated, including the weekend or not) could have been due either June 9, 2008 or June 11, 2008.

6. Accordingly, the Reply was either timely or, if not timely, was at most one day late.

7. Plaintiffs' Motion is asking the Court not to consider the merits of the Reply. The result would be that the Court would be deprived of the opportunity to appreciate the manners in which Plaintiffs' Opposition misconstrues both the facts and the law. Defendants ask that the Court consider the merits and substance of the Reply in ruling on Defendants' Motion to Compel Inspection of the subject shoes.

WHEREFORE, defendants Nike and Eastbay respectfully request that this Honorable Court deny plaintiffs Motion to Strike.

NIKE, INC. AND EASTBAY, INC.

By: ___/s/ David D. Hudgins___
Counsel

David D. Hudgins, Esquire (DC Bar # 362451)
Robert E. Draim, Esquire (admitted *pro hac vice*)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300 telephone
(703) 739-3700 facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of June 2008, a true copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to the following:

Prabir Chakrabarty, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
pc@rs-atty.com

and a true copy of the foregoing was sent via first class mail postage pre-paid to:

Robert M. Schwartzman, Esquire (admitted *pro hac vice*)
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

___/s/ David D.Hudgins___
Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-1019 (RJL) |
| ) | |
| NIKE, INC., a/k/a NIKE USA, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Strike Defendants' Reply in Support of their Motion to Compel Inspection of Tangible Object, Defendants' Opposition, and along with the entire record herein; it is hereby

ORDERED that Plaintiffs' Motion to Strike is DENIED.

SO ORDERED.

---

Honorable Richard J. Leon,
United States District Judge

cc:

David D. Hudgins (D.C. Bar # 362451)
Robert E. Draim (admitted *pro hac vice*)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314

Prabir Chakrabarty, Esq. (Fed. Bar #25524)
Robert M. Schwartzman, Esq. (admitted *pro hac vice*)
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202