IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS, et al. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>NIKE, INC., a/k/a NIKE USA, INC., et al., )<br>)<br>    Defendants. ) | Case No. 1:07-cv-1019 |

### NOTICE OF ADDITIONAL APPEARANCE ON BEHALF OF DEFENDANTS NIKE, INC. A/K/A NIKE, USA, INC. AND EASTBAY, INC.

THE CLERK OF THIS HONORABLE COURT will please note the entry of appearance of **Debra S. Stafford,** also of **HUDGINS LAW FIRM, P.C.**, as additional counsel for Defendants Nike, Inc., a/k/a Nike USA, Inc. and Eastbay, Inc.

                                                          Respectfully submitted,

                                                          NIKE, INC., a/k/a NIKE USA, INC.
                                                          AND EASTBAY, INC.

                               By:    /s/ Debra S. Stafford
                                               Counsel

David D. Hudgins, Esquire (DC Bar # 362451)
Robert E. Draim, Esquire (admitted *pro hac vice*)
Debra S. Stafford, Esquire (DC Bar #979137)
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-3300
(703) 739-3700 (facsimile)

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of June 2008, a true copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to the following:

Prabir Chakrabarty, Esquire
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
pc@rs-atty.com

and a true copy of the foregoing was sent via first class mail postage pre-paid to:

Robert M. Schwartzman, Esquire (admitted *pro hac vice*)
RESNICK & SCHWARTZMAN, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

/s/ Debra S. Stafford
Counsel