IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLD B. WEISS, et al. | * | |
|    Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. 1:07-cv-1019 |
| NIKE, INC., a/k/a NIKE USA, INC. et al. OF AMERICA | * | Judge Richard Leon |
| | * | |
|    Defendants | | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CONSENT MOTION TO CONTINUE MOTIONS HEARING DATE

Plaintiffs, Arnold Weiss and Silvia Lattova, with the consent of Defendants, Nike, Inc., a/k/a Nike USA Inc. ("Nike") and Eastbay Inc. ("Eastbay"), by and through undersigned counsel, hereby file this Consent Motion to Continue, pursuant to Federal Rule of Civil Procedure 16 for good cause. In support thereof, Plaintiffs state as follows:

1. On June 20, 2008, the Honorable Richard Leon set a hearing date for a Motion Hearing to occur on July 14th, 2008.

2. Plaintiffs' counsel, Robert M. Schwartzman, is out of the area on that date, due to a long-ago scheduled legal conference.

3. Plaintiffs' counsel has conferred with Defendant's counsel and they do not oppose continuing the hearing date.

4. Wherefore, the parties jointly request a brief extension of the current date for a Motions hearing. The parties propose the following dates:

July 21, 22, 23, 25, 28, 29

August 2, 3, 4

5. No trial date has been set. Neither party will be prejudiced.

WHEREFORE, Plaintiffs, by and through their counsel, and with the consent of Defendant's counsel respectfully request that this Court continue the Motions Hearing Date to one of the suggested dates.

Respectfully submitted,

_____/s/_____
Prabir Chakrabarty, Esq., D.C. Bar No. 478022,
Federal Bar No. 25524
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2008, a true copy of the foregoing Consent to Motion to Continue Motions Hearing Date, was filed using the CM/ECF system which will send notification and a copy of such filing to the following:

David Hudgins, Esquire
Debra Stafford, Esquire
Robert E. Draim Esquire
HUDGINS LAW FIRM, P.C.
515 King Street, Suite 400
Alexandria, VA 22314

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARNOLD B. WEISS, et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | **CIVIL ACTION NO. 1:07-cv-1019** |
| **NIKE, INC., a/k/a NIKE USA, INC. et al.** **OF AMERICA** | * | **Judge Richard Leon** |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion to Continue Motions Hearing Date filed by Plaintiffs, IT IS, this _____ day of _____ , 2008, by the U.S. District Court for the District of Columbia,

ORDERED that Plaintiffs' Consent Motion BE, and the same IS, GRANTED; and that the scheduling order be modified as follows:

The Motion's hearing Date is continued from July 14, 2008 until _____, 2008.

_____
The Honorable Richard Leon

cc:   Prabir Chakrabarty
      David Hudgins