IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLD B. WEISS, et al. | * | |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. 1:07-cv-1019 |
| NIKE, INC., a/k/a NIKE USA, INC. et al. OF AMERICA | * | Judge Richard Leon |
| | * | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR REFERRAL TO A MAGISTRATE JUDGE FOR MEDIATION, FOR A LIMITED STAY OF PROCEEDINGS, AND TO MODIFY SCHEDULING ORDER

Plaintiffs, Arnold Weiss and Silvia Lattova, and Defendants, Nike, Inc., a/k/a Nike USA Inc. ("Nike") and Eastbay Inc. ("Eastbay"), by and through undersigned counsel, hereby file this Joint Motion for Order of Referral for Mediation, for a Limited Stay of Proceedings, and to Modify Scheduling Order pursuant to Federal Rule of Civil Procedure 16 for good cause. In support thereof, the parties state as follows:

1. On February 7, 2008, the Honorable Richard Leon entered a Modified Minute Scheduling Order in the above-referenced matter, setting the factual discovery deadline of July 15, 2008 and expert discovery deadline of July 30, 2008.

2. The parties have proceeded with written discovery, including Interrogatories and Request for Production of Documents, and depositions of the parties. The parties have been working diligently to continue discovery.

3. The parties have continued to engage in settlement discussions that may prove fruitful in resolving this matter.

4. At this point, continuing with further discovery will add significant costs of litigation for both Plaintiffs and Defendants, in addition to expert costs and the costs of trial preparation.

5. Wherefore, the parties jointly request a limited stay of proceedings pending the chance to submit to mediation before a Magistrate Judge of this Court. The parties request a limited stay of 75 days until September 30th, 2008. The parties have conferred with the various Magistrate Judges' Chambers, who have available dates in September 2008. Therefore, the parties jointly request a stay of all current proceedings and unexpired deadlines until September 30, 2008, as well as a stay and/or continuance of the Motion Hearing currently scheduled for July 28, 2008.

6. If for any reason the parties can not resolve this matter in mediation, the parties propose the following modification to the current deadlines;

| Current Date | Proposed Date | |
| --- | --- | --- |
| 7/15/08 | October 30th, 2008 | Factual Discovery Deadline |
| 7/30/08 | November 15th, 2008 | Expert Deposition Deadline |

7. The only matters that will not be stayed are the pending unopposed subpoenas issued by Nike Inc. and Eastbay Inc. As Counsel for Defendants receive such records in response to the subpoenas they will be forwarded to Counsel for Plaintiffs. As regards the contested subpoenas, the parties will inform the various

providers that a Motion for Protective Order and Opposition have been filed, that the matter has been stayed pending a mediation to be conducted prior to September 30th, 2008, that they will be required to maintain any documents responsive to the subpoenas until advised whether or not to produce them, and that they will be further informed of the results of the Motion for Protective Order after September 30, 2008. Additionally Mr. Weiss will submit to a Defense Medical Examination on September 2, 2008.

8. Counsel for Plaintiff and Defendant have discussed this matter and agree that the best and most economical manner in which to proceed is a brief stay of proceedings and a delay in the scheduling order while the parties attempt to resolve the matter through mediation. Counsel will continue to work together to the best of their ability to try and settle this claim and to insure that no further delay is created in this matter.

9. No trial date has been set. Neither party will be prejudiced. In fact, the parties will have the opportunity to settle this claim by participating in mediation before a Magistrate Judge.

WHEREFORE, Plaintiffs and Defendants, by and through their counsel, respectfully request:

    a. That this Honorable Court refer this matter to a Magistrate Judge with a deadline to conduct the mediation before September 30, 2008

    b. Revise the Scheduling Order and impose a limited stay of proceedings as requested above;

    c. In the event that the case does not settle, that this Honorable Court continue the current factual discovery deadline until October 30, 2008 and the expert discovery deadline until November 15, 2008.

Respectfully submitted,

_____/s/_____
Prabir Chakrabarty, Esq.25524
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202
**Attorneys for Plaintiffs**

_____/s/_____
David D. Hudgins, Esq.
Robert Draim, Esq.
Debra Stafford, Esq.
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA 22314
(703) 739-3300 telephone
(703) 739-3700 facsimile
**Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARNOLD B. WEISS, et al. | * | |
|     Plaintiffs | * | |
| v. | * | CIVIL ACTION NO. 1:07-cv-1019 |
| NIKE, INC., a/k/a NIKE USA, INC. et al. OF AMERICA | * | Judge Richard Leon |
| | * | |
|     Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion for Referral to a Magistrate Judge for Mediation, for a Limited Stay of Proceedings, and to Modify Scheduling Order filed by Plaintiffs and Defendants, IT IS, this _____ day of _____, 2008, by the U.S. District Court for the District of Columbia,

ORDERED that this matter be referred to a Magistrate Judge for a mediation to be conducted prior to September 30, 2008, and it is further;

ORDERED that the matters in this case will be stayed except for the limited exception of pending unopposed subpoenas issued by Nike Inc. and Eastbay, and it is further;

ORDERED that with respect to the contested subpoenas, the parties will inform the various providers that a Motion for Protective Order and Opposition have been filed, that the matter has been stayed pending a mediation to be conducted prior to September 30th, 2008, and that they must maintain any documents responsive to the subpoenas until

advised whether or not to produce them, and that they will be further informed of the results of the Motion for Protective Order after September 30, 2008, and it is further;

ORDERED that the previously set Defense Medical Examination of Mr. Weiss will proceed on September 2, 2008.

ORDERED that if for any reason the parties cannot resolve this matter in mediation, the parties propose the following modification to the current deadlines;

| Current Date | Proposed Date | |
|---|---|---|
| 7/15/08 | October 30th, 2008 | Factual Discovery Deadline |
| 7/30/08 | November 15th, 2008 | Expert Deposition Deadline. |

_____
The Honorable Richard Leon

cc:

Prabir Chakrabarty, Esq. (Fed. Bar #25524)
Robert M. Schwartzman, Esq. (admitted *pro hac vice*)
Resnick & Schwartzman, L.L.C.
One East Franklin Street, Suite 200
Baltimore, Maryland 21202


David D. Hudgins (D.C. Bar # 362451)
Robert E. Draim (admitted *pro hac vice*)
Debra S. Stafford, Esquire (DC Bar #979137)
Hudgins Law Firm, P.C.
515 King Street, Suite 400
Alexandria, VA  22314