UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARNOLD B. WEISS *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Case No. 07-1019 (RJL) |
| NIKE, INC., a/k/a | ) |
| NIKE USA, INC. *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## ORDER

Upon consideration of the Joint Motion for Referral to a Magistrate Judge for Mediation, for a Limited Stay of Proceedings, and to Modify Scheduling Order, it is, this __21st__ day of July, 2008, hereby

**ORDERED** that this matter is referred to Magistrate Judge John M. Facciola for mediation for a period of seventy-five (75) days. It is further

**ORDERED** that this case will be stayed, with the limited exception of pending unopposed subpoenas issued by defendants Nike Inc. and Eastbay. It is further

**ORDERED** that with respect to the contested subpoenas, the parties will inform the various providers that a Motion for Protective Order and Opposition has been filed, that the matter has been stayed pending mediation, and that the

providers must maintain any documents responsive to the subpoenas until advised whether to produce them. It is further

**ORDERED** that the previously-set Defense Medical Examination of Mr. Weiss will proceed on September 2, 2008. It is further

**ORDERED** that if the parties are unable to resolve this matter through mediation, they will submit a proposed revised scheduling order to this Court.

_____
RICHARD J. LEON
United States District Judge