REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO: | DATE REFERRED:<br><br>DISPOSITION DATE: | PURPOSE: | JUDGE: | MAG. JUDGE |
| PLAINTIFF(S): | | DEFENDANT(S): | | |
| ENTRIES: | | | | |